THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEST-HARDWICK MARINE, LLC, an Alaska limited liability company, | IN ADMIRALTY |
| Plaintiff, | NO. 10-01505RSL |
| v. | CORPORATE DISCLOSURE STATEMENT |
| SPIRIT OF '98, Official Number 677464, her engines, furniture and appurtenances, *In Rem*; and WEST TRAVEL, INC., a Washington corporation, *In Personam*, | |
| Defendants. | |

For the purposes of Fed. R. Civ. P. 7.1, West-Hardwick Marine, LLC does not have any parent companies, subsidiaries or affiliates that are publically traded.

//
//
//
//
//

CASE NO.:10-01505RSL
CORPORATE DISCLOSURE STATEMENT - 1

YOUNG *de*NORMANDIE
SECOND & SENECA BUILDING
1191 SECOND AVENUE, SUITE 1901
SEATTLE, WASHINGTON 98101
Phone: (206) 224-9818  Fax: (206) 623-6923

1  //
   //
2       DATED this 21st day of September, 2010 at Seattle, Washington.

3

4                       s/ John G. Young_____
                        State Bar Number 12890
                        s/ Markos Scheer_____

5                       State Bar Number 29233
                        s/ Luke M. LaRiviere_____

6                       State Bar Number 32039
                        YOUNG deNORMANDIE, P.C.

7                       1191 Second Avenue, Suite 1901
                        Seattle, Washington 98101

8                       Telephone: (206) 224-9818
                        Facsimile: (206) 623-6923

9                       E-mail: jgyoung@ydnlaw.com
                        E-mail: mscheer@ydnlaw.com

10                      Email: llariviere@ydnlaw.com
                        Attorneys for Plaintiff West-Hardwick Marine, LLC

11

12 M:\Data\N-Z\West Hardwick Marine\Spirit of '98\Pleadings\Corporate Disclosure Statement - 98.doc

13

14

15

16

17

18

19

20

21

22

23

24

CASE NO.:10-01505RSL
CORPORATE DISCLOSURE STATEMENT - 2

YOUNG *de*NORMANDIE
SECOND & SENECA BUILDING
1191 SECOND AVENUE, SUITE 1901
SEATTLE, WASHINGTON 98101
Phone: (206) 224-9818  Fax: (206) 623-6923